JONESS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHEILA E. SCHRANK,
On Behalf of Herself and
All Others Similarly Situated,

          Plaintiff,

        v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE,

          Defendant.
-------------------------------------------------------x

```
+--------------------------------------+
| USDS SDNY                            |
| DOCUMENT                             |
| ELECTRONICALLY FILED                 |
| DOC #: _____               |
| DATE FILED: 8/27/07                  |
+--------------------------------------+
```

07-CV-4006 (BSJ)

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED AND AGREED between counsel for the parties

to the above-captioned action, Plaintiff Sheila E. Schrank, on behalf of herself and all others

similarly situated, and Defendant SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), that the

time for Defendant GSK to move, plead, or otherwise respond to Plaintiff's First Amended Class

Action Complaint is hereby extended to thirty (30) days after entry of an order of the Judicial

Panel on Multidistrict Litigation on the motion, filed on June 11, 2007, to transfer and

consolidate in *In re Avandia Products Liability Litigation.*

Dated:  August 17, 2007

_____

Samuel P. Sporn (SS-4444)
Jay P. Saltzman (JS-7335)
Frank R. Schirripa (FS-1960)
SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

Attorneys for Plaintiff Sheila E. Schrank and
Proposed Lead Counsel for Proposed Class

_____

Kenneth J. King (KK 8567)
PEPPER HAMILTON LLP
420 Lexington Avenue
New York, NY 10170-2399

and

Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

**SO ORDERED.**

_____
United States District Judge

Dated: ___8/27/07___