UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHEILA E. SCHRANK,
On Behalf of Herself and
All Others Similarly Situated,

              Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE,

             Defendant.
-------------------------------------------------------X

07-cv-4006 (BSJ)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation and Order was served this 15th day of November 2007, by First Class Mail upon counsel for plaintiff at the following address:

    Samuel P. Sporn Esq.
    Jay P. Saltzman, Esq.
    Frank R. Schirripa, Esq.
    Schoengold, Sporn, Laitman, & Lometti, P.C.
    19 Fulton Street, Suite 406
    New York, NY 10038

                                          Suzanne M. D'Amico, Esquire

Sworn to and subscribed before me
this 15th day of November 2007

_____
      Notary Public

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified In Westchester County
Commission Expires 9/19/2009