UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHEILA E. SCHRANK,
On Behalf of Herself and
All Others Similarly Situated,

                Plaintiff,

v.

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendant.
-----------------------------------------------------------x

07-CV-4006 (BSJ)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties to the above-captioned action, Plaintiff Sheila E. Schrank, on behalf of herself and all others similarly situated, and Defendant SmithKline Beecham d/b/a GlaxoSmithKline ("GSK"), that the time for Defendant GSK to move, plead, or otherwise respond to Plaintiff's First Amended Class Action Complaint is hereby extended until 30 days after both final transfer of the case to the MDL, which the parties expect to occur shortly, and the issuance of a Case Management Order, absent any direction by the Court to the contrary in the Case Management Order.



Dated: November 14, 2007

*Frank Schirripa* /s.p.s. w/ permission
Samuel P. Sporn (SS-4444)
Jay P. Saltzman (JS-7335)
Frank R. Schirripa (FS-1960)
SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, NY 10038

Attorneys for Plaintiff Sheila E. Schrank and
Proposed Lead Counsel for Proposed Class

*Kenneth King* /s.p.s. w/ permission
Kenneth J. King (KK-3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

**SO ORDERED.**

_Barbara S. Jones_
United States District Judge

Dated: 11/16/07