A CERTIFIED TRUE COPY

NOV 1 3 2007

ATTEST [signature] Cara L. Stewart
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 25 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 3 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| **DIST. DIV. C.A.#** | **CASE CAPTION** |
|---|---|
| **ARKANSAS WESTERN** | |
| ARW 1 07-1088 | Jimmy Mason v. SmithKline Beecham Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-6149 | Alicia H. Rodriguez, et al. v. SmithKline Beecham Corp. |
| CAC 5 07-1109 | James Roland v. GlaxoSmithKline |
| **FLORIDA SOUTHERN** | |
| FLS 1 07-22434 | Jose Izquierdo v. SmithKline Beecham Corp., et al. |
| FLS 9 07-80816 | Clifford Cartwright, et al. v. GlaxoSmithKline |
| **ILLINOIS SOUTHERN** | |
| ILS 3 07-506 | Donald R. Knight v. SmithKline Beecham Corp. |
| **INDIANA SOUTHERN** | |
| INS 1 07-1202 | William Bass v. GlaxoSmithKline, PLC, et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 07-4013 | Junita Cuccia v. GlaxoSmithKline, PLC, et al. |
| **NEW JERSEY** | |
| NJ 2 07-3291 | Richard V. D'Apuzzo v. GlaxoSmithKline, PLC, et al. |
| **NEW YORK EASTERN** | |
| NYE 2 07-4016 | Michael Miracolo v. GlaxoSmithKline, PLC, et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 07-4006 | Sheila E. Schrank v. GlaxoSmithKline, PLC, et al. |
| NYS 1 07-7879 | Frank W. Curley v. SmithKline Beechman Corp., et al. |
| NYS 1 07-7896 | Kim Griffin v. SmithKline Beecham Corp., et al. |
| NYS 1 07-7898 | Donald Spallone v. SmithKline Beecham Corp., et al. |
| NYS 1 07-7899 | Linda Madison, etc. v. SmithKline Beecham Corp., et al. |
| NYS 1 07-8137 | Jesse Pitt v. SmithKline Beecham Corp., et al. |
| NYS 1 07-8138 | Victor Estevez v. SmithKline Beecham Corp., et al. |
| NYS 1 07-8141 | Aida Rojas v. SmithKline Beechman Corp., et al. |
| NYS 1 07-8170 | Harvey A. Silverstein, et al. v. SmithKline Beecham Corp., et al. |
| NYS 7 07-4636 | Benjamin Sarconi v. SmithKline Beecham Corp., et al. |

**MDL No. 1871 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A.# | CASE CAPTION |
|---|---|
| **OHIO NORTHERN**<br>OHN 1 07-2841 | Marvin Phillips, et al. v. GlaxoSmithKline, PLC |
| **OKLAHOMA EASTERN**<br>OKE 6 07-305 | Ray Donahoo, et al. v. GlaxoSmithKline, PLC |
| **PUERTO RICO**<br>PR 3 07-1854 | Maria Del-Rosario-Pagan, et al. v. GlaxoSmithKline, PLC, et al. |
| **TENNESSEE EASTERN**<br>~~TNE 3 07-266~~ | ~~J. Terry Holland, et al. v. GlaxoSmithKline, PLC~~   Opposed 11/8/07 |
| **TENNESSEE WESTERN**<br>TNW 2 07-2428 | Lula Trass v. GlaxoSmithKline, Inc. |
| **TEXAS EASTERN**<br>TXE 1 07-586<br>TXE 2 07-254 | Barry Nicholas v. SmithKline Beecham Corp.<br>Peggie Stanford, et al. v. SmithKline Beecham Corp. |